In the Matter of the Liquidation of the CONSOLIDATED INDEMNITY AND INSURANCE COMPANY by the SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator, Respondent; GERTRUDE E. CORON et al., as Temporary Administrators of the Estate of SARAH R. CORON, Deceased, Appellants.

Argued November 21, 1939; decided December 28, 1939.

548

*Abraham Franzbau* and *Walter J. A. Mack* for appellants.
*Irvin Waldman* and *Alfred C. Bennett* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.